UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff,

v.                                      Case No. 5:11–cr–20537–JCO–MKM
                                       Hon. John Corbett OMeara

Rachel Bais–Torres, et al.,

          Defendant(s),

## NOTICE TO APPEAR

    The following defendant(s) are hereby notified to appear:  Rachel Bais–Torres

    The defendant(s) shall appear before District Judge John Corbett O'Meara at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan, for the following proceeding(s):

- SENTENCING:  December 11, 2013 at 01:45 PM

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                              By: s/W. Barkholz
                                                                  Case Manager

Dated:  November 5, 2013