United States District Court
Eastern District of Michigan

United States of America,

       Plaintiff,

                                  Hon. John Corbett O'Meara

v.

                                  Case No. 5:11-cr-20537

Rachel Torres-Bais (D-4),

       Defendant.
_____/

# Government's Motion for Extension of Time to Respond to Defendant's § 2255 Petition

The government moves for a 45-day extension of time to file its response to the defendant's § 2255 petition, to and including March 9, 2015. In support of this motion, the government states as follows:

    1. On December 22, 2014, the Court issued an order requiring the government to respond to the defendant's § 2255 petition.

    2. Under the Court's order, the government's response is due on January 22, 2015.

    3. The government has not previously requested an extension of time for its response.

1

4. Until last week, counsel for the government has been preparing full-time for oral argument in a two-defendant appeal from a six-month trial, 6th Cir. Case Nos. 13-2500 & 14-1120.

5. After turning to the defendant's § 2255 petition, counsel for the government realized that transcripts of the defendant's plea and sentencing hearings had not yet been prepared.

6. Counsel for the government is ordering the transcripts, and the preparation of those transcripts will require additional time.

7. Counsel for the government will also need additional time to review the transcripts and respond to the claims in the defendant's § 2255 petition.

8. Because the defendant is appearing pro se and is currently incarcerated, counsel for the government is unable to obtain concurrence in this motion. *See* E.D. Mich. R. 7.1(a)(2)(B).

For these reasons, the government requests an extension of time for filing its response to the defendant's § 2255 petition, to and including March 9, 2015.

        Respectfully submitted,

        Barbara L. McQuade
        United States Attorney

        /s/ Andrew Goetz
        Andrew Goetz
        Assistant United States Attorney
        Eastern District of Michigan
        211 West Fort Street, Suite 2001
        Detroit, MI 48226
        Phone: (313) 226-9522
        Email: andrew.goetz@usdoj.gov

Dated: January 21, 2015

## Certificate of Service

I certify that on January 21, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all users of record. I further certify that I have mailed the foregoing paper by United States Postal Service to the following non-ECF participant:

>Rachel Torres-Bais
>Fed. Reg. No. 46935-039
>USP Hazelton, Secure Female Facility
>P.O. Box 2000
>Bruceton Mills, WV 26525

>/s/ Andrew Goetz
>Andrew Goetz
>Assistant United States Attorney
>Eastern District of Michigan
>211 West Fort Street, Suite 2001
>Detroit, MI 48226
>Phone: (313) 226-9522
>Email: andrew.goetz@usdoj.gov