UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                  Plaintiff,

v.                                     Case No. 5:11–cr–20537–JCO–MKM
                                        Hon. John Corbett OMeara

Rachel Bais–Torres, et al.,

                  Defendant(s),

_____/

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

        Motion for Discovery – #241

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge John Corbett O'Meara *without* oral argument.

- RESPONSE DUE: March 9, 2015

- REPLY DUE: March 26, 2015

Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                  By: s/W. Barkholz
                                                                        Case Manager

Dated: February 3, 2015