(EDMI 10/10) Appointment of Federal Defender

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America | ) |
| v. | )   Case No. 11-20537-04 |
| | ) |
| RACHEL BAIS-TORRES, | ) |

FILED
MAY 18 2015
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

## APPOINTMENT OF FEDERAL DEFENDER

| | |
|---|---|
| ☑ MULTIPLE DEFENDANT CASE | ☑ DEFENDANT IN CUSTODY |
| ☐ NON-ENGLISH SPEAKING | LANGUAGE: _____ |
| VIOLATION: 21 U.S.C. 841(a)(1),846 | CASE TYPE: 3582(c) Review |

The defendant has qualified for the appointment of counsel under the Criminal Justice Act.

**IT IS ORDERED** that the Federal Defender, 613 Abbott Street, 5th floor, Detroit, Michigan 48226, telephone (313) 967-5542, is appointed to represent this defendant in this case, unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

NEXT COURT DATE: _____

Date: _May 18, 2015_      _Judicial Officer's Signature_

John Corbett O'Meara, U.S. District Judge
_Printed name and title_

AUSA Assigned: Andrew Goetz, Eric Doeh

## PARTIAL PAYMENT ORDER

**IT IS ORDERED** that partial payment be made by the defendant in the amount of $ _____ monthly, commencing on _____, until this case is terminated or otherwise ordered by the Court. Payment shall be made to the **Clerk of the Court, Theodore Levin United States Courthouse, 231 West Lafayette Boulevard, Detroit, MI 48226.**

_____
_Judicial Officer's Signature_

_____
_Printed name and title_

I hereby acknowledge that I am responsible for the partial payments and payment plan ordered by the Court.

_____
_Defendant's Signature_